January 12, 1914. For memorandum decision on reargument, see 145 N. Y. Supp. 1136.

---

In re O'CONNOR. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) In the matter of the application of Anna O'Connor, also 'known as Anna Rogers, by her general guardian, Kate Robinson, for the revocation of letters of administration granted to John Connor. No opinion. Decree affirmed on reargument (of 144 N. Y. Supp. 1133), with costs to the respondent payable out of the estate. See, also, 145 N. Y. Supp. 1136.

---

O'CONNOR, Appellant, v. WERNEKE, Respondent. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Beatrice O'Connor against Anthony H. Werneke. E. L. Brisach, of New York City, for appellant. W. G. Mulligan, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

In re ODELL. (Supreme Court, Appellate Division, First Department. January 30, 1914.) In the matter of Lawrence Odell, deceased. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

---

OGNJENOVICH, Respondent, v. TROY LAUNDRY & MACHINERY CO., Limited, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by Draga Ognjenovich against the Troy Laundry & Machinery Company, Limited.

PER CURIAM. Judgment reversed, and new trial granted, with costs to appellant to abide event. There is no evidence to sustain a judgment for the breach of contract set forth in the complaint, and the admission of evidence as to breach of another and different contract, not pleaded and accruing since the commencement of the action, was error.

---

O'NEILL, Appellant, v. WALDO, Police Com'r, Respondent. (Supreme Court, Appellate Division, First Department. January 30, 1914.) In the matter of Felix O'Neill against Rhinelander Waldo, as Police Commissioner, etc. L. Leale, of New York City, for appellant. T. Farley, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

1510 BROADWAY CORPORATION v. GEORGE RECTOR, Inc. (Supreme Court, Appellate Division. First Department. January 16, 1914.) Appeal from Special Term, New York County. Action by the 1510 Broadway Corporation against George Rector, Incorporated. From an order denying a motion for temporary injunction, plaintiff appeals. Order affirmed. John M. Stoddard, of New York City, for appellant. Louis Lowenstein, of New York City, for respondent.

PER CURIAM. The order appealed from is affirmed, with $10 costs and disbursements, without determining the question as to what, if any, injunction the plaintiff will be entitled to on the proofs as they are developed on the trial.

---

ONWARD CONST. CO. v. HARRIS. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by the Onward Construction Company against Frances M. Harris. No opinion. Application denied, with $10 costs. Order signed. See, also, 144 N. Y. Supp. 318.

---

O'ROURKE, Respondent, v. CUNARD S. S. CO., Limited, Appellant. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Catherine O'Rourke against the Cunard Steamship Company, Limited. No opinion. Order affirmed, with $10 costs and disbursements.

---

ORPHEUM CO., Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Action by the Orpheum Company against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

---

OSTERHOUDT v. PRUDENTIAL INS. CO. OF AMERICA. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Action by Dory Osterhoudt against the Prudential Insurance Company of America. No opinion. Motion granted. See, also, 159 App. Div. 291, 144 N. Y. Supp. 193.

---

OSWALD v. UNDERPINNING & FOUNDATION CO. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Edward Oswald against the Underpinning & Foundation Company. No opinion. Motions denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 843.

---

PACE, Appellant, v. FORD MOTOR CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by Antonio Pace, an infant, etc., against the Ford Motor Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

---

PAOLUCCI, Appellant, v. RINEHART & DENNIS CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Luigi Paolucci, as administrator, etc., against the Rinehart & Dennis Company. No opinion. Motion denied, on condition that the plaintiff perfect his appeal, place the case upon the March calendar,